## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| JACKIE WOODARD, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:17-cv-04365-RLY-DML ) |
| KOHL'S DEPARTMENT STORES, INC., | ) ) |
| Defendant. | ) ) ) |

## ORDER OF DISMISSAL WITH PREJUDICE

This Cause has come before the Court upon the Stipulation between the Plaintiff, JACKIE WOODARD and the Defendant KOHL'S DEPARTMENT STORES, INC., filed through their respective counsel, that pursuant to the Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties agree that above-captioned case be dismissed *with* prejudice, with each party to bear its own costs and attorney fees.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that this Court APRROVES the Stipulation and GRANTS the Stipulation to Dismiss of this Cause with Prejudice with each party to bear its own costs and attorneys' fees.

Dated: _____January 18_, 2019

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system